# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL ENGLAND

NO. 2024 KW 0076

**MARCH 22, 2024**

---

In Re:    Carl England, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 396443.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court acted on relator's "Notice of Appeal and Production of Transcript" on January 31, 2024.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT